HAMDEN MART, INC. *v.* PLANNING SECTION OF THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN (Nos. 84627, 84787)

HAMDEN MART, INC. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 84425)

IRENE SCHWARTZ ET AL. *v.* PLANNING SECTION OF THE TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF HAMDEN (No. 84584)

MELINDA DANIELS ET AL. *v.* PLANNING SECTION OF THE PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN (No. 84849)

MELINDA DANIELS ET AL. *v.* PLANNING SECTION OF THE PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN (No. 84637)

IRENE SCHWARTZ ET AL. *v.* THE TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 84422)

MELINDA DANIELS ET AL. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 84337)

WALTER A. RUNCK ET AL. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 87436)

MELINDA DANIELS ET AL. *v.* THE TOWN PLANNING AND ZONING COMMISSION OF THE TOWN OF HAMDEN ET AL. (No. 87449)

The defendants' motion to dismiss the appeal from the Court of Common Pleas in New Haven County is granted as to the appeals numbered 84627, 84787 and 84425, and is denied as to the appeals numbered 84584, 84849, 84637, 84422, 84337, 87436 and 87449.

*Dennis N. Garvey,* the appellee (defendant Dennis N. Garvey, Trustee).

*Sid M. Miller,* town attorney, for the appellee (defendant The Town Planning and Zoning Commission of Hamden).

*James H. Shulman,* with whom were *David Kotkin* and *Douglas R. Daniels,* for the appellants (plaintiffs).

Argued November 6—decided November 6, 1973